# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| LORNE VERNAE STONE, ) | |
| Plaintiff, ) | |
| v. ) | Case No. CV608-088 |
| HUGH SMITH, DR. TOMMY LEE ) JONES, and DR. GILBERT ) GONZALEZ, ) | |
| Defendants. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 12 day of Feb., 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA