UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

2009 OCT 13 AM 11:08

LORNE VERNAE STONE, )
)
    Plaintiff, )
)
v. ) Case No. CV608-088
)
HUGH SMITH, DR. TOMMY LEE )
JONES, and DR. GILBERT )
GONZALEZ, )
)
    Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13 day of Oct., 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA